**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

TO: JAMES J. WALDRON, CLERK            CASE NO. <u>07-01905 (KCF)</u>
                                       IN RE: <u>Trustee v. Hartman</u>

**CHAPTER 7**

**INFORMATION FOR NOTICE OF SETTLEMENT OF CONTROVERSY**

**KAREN E. BEZNER,** Trustee proposes to settle a claim and/or action, the nature of which is described below.

    If any creditor or other party in interest has an objection to the settlement, an objection and request for a hearing on such objection shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court.

    Such objections and request shall be filed with the Clerk and served upon the trustee no later than (*date to be fixed by the Court*).

    In the event an objection is timely filed a hearing thereon will be held on (*date and location of hearing will be supplied by the Court*).

    If no objection is filed with the Clerk and served upon the trustee on or before above date, the settlement will be consummated as proposed on (*date to be fixed by the Court*).

    The nature of action and the terms of the settlement are as follows:

| NATURE OF THE ACTION | PERTINENT TERMS OF THE SETTLEMENT |
|---|---|
| Suit to recover fraudulent and preferential transfers | Trustee will dismiss all claims as against the individual defendants Brian K. Hartman and Yvette Russell without prejudice |

Request for additional information about the nature of the action or the terms of the settlement should be directed To:

NAME:            **Karen E. Bezner, Trustee**
ADDRESS:         **567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076**
TELEPHONE NO:    **(908) 322-8484**
SUBMITTED BY: **/s/ Karen E. Bezner**    POSITION: **Trustee**    PHONE: **(908) 322-8484**

FOR CLERK'S OFFICE USE ONLY

LINES 134-157
TYPE OF TASK <u>11</u>
FORM # <u>BL</u>   STATEMENT <u>SET</u>        **NJ LOCAL FORM 9**